NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSEPH MANDELL,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5092

---

Appeal from the United States Court of Federal Claims in No. 13-CV-0188, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

**O R D E R**

Joseph Mandell, moves for leave to proceed in forma pauperis, which is also treated as a motion to reinstate.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion for leave to proceed in forma pauperis is granted.

JOSEPH MANDELL V. US                                                     2

   (2)  The July 10, 2013 dismissal order is vacated, the mandate is recalled, and the appeal is reinstated.

   (3)  The briefing is complete. This case will be placed on the next available calendar in due course.

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk


s21